Phillip Paul Weidner
Michael Cohn
WEIDNER & ASSOCIATES, APC
943 W 6th Ave, Ste. 300
Anchorage, Alaska 99501
(907) 276-1200
mcohn@weidnerjustice.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PETER HEWKO; JANE HEWKO; DAVID HEWKO | ) ) ) | Case No. 3:19-cv-00169 JWS |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| REGENCE BLUESHIELD; COFFMAN ENGINEERS, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

## **MOTION TO AMEND COMPLAINT**

COMES NOW the Plaintiffs by and through Counsel Phillip Paul Weidner of Phillip Paul

Weidner & Associates, a Professional Corporation, and hereby moves to file an Amended

Complaint in this matter, which is tendered concurrently herewith.

Plaintiffs are filing a Motion to Amend the Complaint to more clearly specify that a

number of the claims that are being made fall squarely within the explicit language of ERISA

allowing such claims. Plaintiffs had agreed with Defense Counsel to an extension of time to

respond to the Defendants' Motions to Dismiss, which were based on the claim that the

Plaintiffs' claims were all state law claims, and not ERISA claims. Plaintiffs are amending the

Complaint to state ERISA claims. Plaintiffs' Amended Complaint is being filed concurrently

herewith and Plaintiffs respectfully request the Court grant the Motion to Amend Complaint.

WEIDNER & ASSOCIATES
943 W 6th Avenue, Suite 300
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

MOTION TO AMEND COMPLAINT
*Hewko v. Regence BlueShield, et. al.*, Case No. 3:19-cv-00169 JWS

RESPECTFULLY SUBMITTED this 3 day of October 2019, at Anchorage, Alaska.

WEIDNER & ASSOCIATES
Counsel for Plaintiffs

s/Michael Cohn
Michael Cohn
ABA No. 8506049

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, a copy of the foregoing was served electronically on all parties registered to receive documents through ECF in this matter.

/s/ Michael Cohn

**WEIDNER & ASSOCIATES**
943 W 6th Avenue, Suite 300
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

MOTION TO AMEND COMPLAINT
*Hewko v. Regence BlueShield, et. al.*, Case No. 3:19-cv-00169-JWS